UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00646-MOC-DSC

| | | |
|---|---|---|
| **ADRIAN S WOODS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOE COSTNER** | ) | |
| **CLINT BRIDGES,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Dismiss for failure to prosecute. On November 6, 2012, Honorable David S. Cayer entered an Order denying plaintiff's Application to Proceed *in Forma Pauperis* (#2), finding that the application was incomplete. See Text Order (served on plaintiff by US Mail). Despite the passage of nearly three years, plaintiff has failed to submit a completed application. Thus, no filing fee has ever been paid and plaintiff has not met the requirements of proceeding without the payment of a filing fee. The court will, therefore, dismiss this action without prejudice as abandoned.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Signed: September 2, 2015

Max O. Cogburn Jr.
United States District Judge